JOSHUA H. WATSON, SBN 238058
**ARNOLD LAW FIRM**
865 Howe Avenue
Sacramento, CA 95825
Telephone: (916) 777-7777
Facsimile: (916) 924-1829
Email: jwatson@justice4you.com

Attorneys for PLAINTIFF
*JANET ROE*

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JANET ROE<br><br>    PLAINTIFF,<br>vs.<br><br>MICHAEL REYNOLDS (in his individual and official capacities), and PATRICK WITHROW (in his official capacity),<br><br>    DEFENDANTS. | Case No.: 2:25-cv-01070-JAM-JDP<br><br>**ORDER GRANTING MOTION TO PROCEED UNDER A PSEUDONYM (ECF No. 2)** |

1 | To the Court, having reviewed and considered Plaintiff JANET ROE'S Motion to Proceed Under a Pseudonym, finds good cause and **GRANTS** the motion.

Plaintiff is to serve all Defendants with a copy of an unredacted copy of the notice of true name of plaintiff filed in the docket.

Plaintiff shall file a motion to file the unredacted copy of the notice of true name of plaintiff under seal in the Court's docket.

IT IS SO ORDERED.

Dated: April 14, 2025

/s/ John A. Mendez
THE HONORABLE JOHN A. MENDEZ
SENIOR UNITED STATES DISTRICT JUDGE